# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIE LLOYD ALFRED, JR.,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 82450

**FILED**

FEB 18 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on November 20, 2000. Appellant did not file the notice of appeal, however, until February 4, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ Cadish _____, J.
Cadish

_____ Pickering _____, J.
Pickering

_____ Herndon _____, J.
Herndon

cc:    Hon. Jerry A. Wiese, District Judge
        Willie Lloyd Alfred, Jr.
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk